# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

WILFRED DREXAL DAVIS                                    PLAINTIFF

v.                        No. 3:19-cv-365-DPM-JTR

DALE COOK, Sheriff, Mississippi
County Detention; McCLAIN,
Lieutenant, Mississippi County
Detention; SAYER, Sergeant, Mississippi
County Detention; and BURNETT,
Sergeant, Mississippi County Detention        DEFENDANTS

## ORDER

On *de novo* review, the Court adopts Magistrate Judge Ray's partial recommendation, № 9, and overrules Davis's objections, № 12. FED. R. CIV. P. 72(b)(3). Davis may proceed with his excessive force claims against Sayer and Burnett in their individual capacities. His claims against McClain and Cook are dismissed without prejudice, as are his official-capacity claims against Sayer and Burnett.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

30 January 2020