IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

WILFRED DREXAL DAVIS                                PLAINTIFF

v.                          No: 3:19-cv-365-DPM

SAYER, Sergeant,
Mississippi County Detention; and
BURNETT, Sergeant,
Mississippi County Detention                           DEFENDANTS

## ORDER

1. The Court withdraws the reference.

2. Davis hasn't responded to the Court's 4 June 2020 Order, *Doc. 27*; instead, his mail is being returned undelivered, *Doc. 28*. Defendants' second motion to dismiss, *Doc. 29*, is therefore granted. Davis's complaint and amended complaint will be dismissed without prejudice. LOCAL RULE 5.5(c)(2). The first motion to dismiss, *Doc. 24*, is denied as moot. An *in forma pauperis* appeal from this Order and accompanying Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

22 September 2020