IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

WILFRED DREXAL DAVIS                                                    PLAINTIFF

v.                              No: 3:19-cv-365-DPM

SAYER, Sergeant; and
BURNETT, Sergeant,
Mississippi County Detention                                          DEFENDANTS

## JUDGMENT

Davis's complaint and amended complaint are dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

22 September 2020